Prob 12B
(7/93)

UNITED STATES DISTRICT COURT

for the

District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JUL -8 PM 4: 19

OFFICE OF THE CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:**     Charles W. Johnson      **Docket #** 8:05CR-137

**Sentencing Judge:**     The Honorable D. Brook Bartlett
Chief, U.S. District Judge
Western District of Missouri    **Original Docket #** 4:98CR221-002

**Assigned to:**     The Honorable Laurie Smith Camp
U.S. District Judge
District of Nebraska

**Date of Original Sentence:** November 4, 1999

**Original Offense:**     Conspiracy to Distribute Methamphetamine[21 U.S.C. 841(a)(1), (b)(1)(A), and 846) Class A felony

**Original Sentence:**     42 months custody; 5 years supervised release

**Type of Supervision:**     Supervised Release

**Date Supervision Commenced:**     October 31, 2002

---

### PETITIONING THE COURT

___ To extend the term of supervision for _____, for a total term of _____.

_X_ To modify the conditions of supervision as follows:

Paragraph #7 of the Standard Conditions of supervision is modified, i.e., instead of merely refraining from excessive use of alcohol, the defendant shall not purchase, possess, use, distribute, or administer any alcohol, just the same as any other narcotic or controlled substance.

JOHNSON, Charles W.
Docket # 8:05CR-137
Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

### CAUSE

On February 2, 2005, the offender used alcohol in excess by reporting to the U.S. Probation Office with alcohol on his breath, and testing a .214 BAC. On April 16, 2005, Mr. Johnson was cited for open container and unlawful display of plates in Hall County, NE. On May 13, 2003, Mr. Johnson was contacted by the Nebraska State Patrol (NSP) and was cited for open container and for possession of drug paraphernalia in Lancaster County. The NSP report indicated he was "extremely intoxicated" and had a .322 BAC. He was transported to Cornhusker Place DETOX and reportedly admitted to smoking marijuana to a DETOX staff member.

Respectfully submitted,

Raul Avalos, Jr.
U.S. Probation Officer

Reviewed by,

John A. Hill, Supervising
U.S. Probation Officer

Date: July 8, 2005

THE COURT ORDERS

___ No Action

___ The Extension of Supervision as noted above

_✓_ The Modification of Conditions as noted above

___ Other

The Honorable Laurie Smith Camp
U.S. District Judge

Date  7/8/05

Prob 49
(Rev. 12/00)

# United States District Court

## District of Nebraska

## Waiver of Hearing to Modify Conditions of Supervision

**DOCKET # 8:05CR-137**

    I, **Charles W. Johnson**, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

> **Paragraph #7 of the Standard Conditions of supervision is modified, i.e., instead of merely refraining from excessive use of alcohol, the defendant shall not purchase, possess, use, distribute, or administer any alcohol, just the same as any other narcotic or controlled substance.**

Witness: *(signed)* Raul Avalos, Jr.
U.S. Probation Officer

Signed: *(signed)* Charles W. Johnson

Date: 7-8-05