# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 8:05CR137 |
| vs. | ) |
| | ) ORDER |
| CHARLES W. JOHNSON, | ) |
| Defendant. | ) |

Defendant Charles E. Johnson appeared before the court on November 9, 2006 on a Petition for Warrant or Summons for Offender Under Supervision [4] and Amended Petition [7]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney William W. Mickle. Defendant was not entitled to a preliminary examination and the government did not request a detention hearing. Therefore, the defendant was released on current conditions of supervision.

I find that the Reports allege probable cause and that the defendant should be held to answer for a final dispositional hearing before District Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before District Judge Laurie Smith Camp, in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:30 a.m. on December 11, 2006.** Defendant must be present in person.

2  The defendant is released on current conditions of supervision.

DATED this 9th day of November, 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge