IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:05CR137 |
| **Plaintiff,** | )<br>)<br>) | |
| | ) | O R D E R |
| v. | )<br>) | |
| **CHARLES W. JOHNSON,** | )<br>) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to modify the previous order allowing self surrender (Filing No. 15). The Defendant requests an earlier self surrender date.

IT IS ORDERED:

1. The Defendant's motion to modify the previous order allowing self-surrender (Filing No. 15) is granted;

2. The Defendant is ordered to self surrender to the Office of the U.S. Marshal, Room C52A, 111 S. 18th Plaza, Suite 3210, Omaha, Nebraska, on December 18, 2006, before 2:00 p.m.; and

3. The Clerk shall send a certified copy of this order to the U.S. Marshal.

DATED this 14th day of December, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Court